**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | | |
|---|---|---|
| ASHLEY TUCKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| FAMILIA DENTAL | ) | |
| FORT WAYNE PLLC, | ) | |
| | ) | |
| Defendant. | ) | |

## PETITION FOR REMOVAL

Familia Dental Fort Wayne PLLC ("Defendant"), by counsel, Shane C. Mulholland of the law firm Burt, Blee, Dixon, Sutton & Bloom, LLP and pursuant to 28 U.S.C. §1331, §1441 and §1446, hereby files its Petition for Removal of the above-captioned cause of action to this Court from Allen Superior Court, State of Indiana.  In support of the instant Petition, Defendant states as follows:

1.     On October 14, 2021, Ashley Tucker ("Plaintiff") commenced the above-captioned civil action by filing a Complaint ("Complaint") in the Allen Superior Court, captioned *Ashley Tucker v. Familia Dental Fort Wayne, PLLC*, Cause No. 02D03-2110-CT-000546 (hereinafter "State Court Action").  A copy of the State Court Complaint with exhibits is attached hereto, made a part hereof and incorporated herein as Exhibit A.

2.     The Complaint and Summonses in the State Court Action were issued on October 14, 2021.  Copies of the Summonses are attached hereto, made a part hereof, and incorporated herein as Exhibit B.

3.      By way of her Complaint, Plaintiff has alleged violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e *et seq.*, as amended by the Pregnancy Discrimination Act of 1978.

4.      This matter is a civil action of which this Court has original jurisdiction over the Plaintiff's claims in accordance with 28 U.S.C. §1331 - federal question.

5.      The United States District Court for the Northern District of Indiana, Fort Wayne Division embraces the place where this action was pending in state court – Allen County, Indiana.

6.      The Defendant's Petition for Removal is timely filed.

7.      The Defendant has filed a Notice of Filing Petition for Removal to Federal Court with the Allen Superior Court contemporaneously herewith.

8.      The Defendant has served upon the Plaintiff a copy of this Petition for Removal with all attachments and has filed a copy of this Petition for Removal with all attachments with the Clerk of the Allen Superior Court contemporaneously herewith.

9.      The following process, pleadings and orders filed in the State Court Action are attached hereto: Complaint (Exhibit A); Summonses (Exhibit B); Appearance of Plaintiff's counsel (Exhibit C); Order Setting Case Management Conference (Exhibit D).

WHEREFORE, Defendant Familia Dental Fort Wayne, PLLC, request that this action now pending in Allen Superior Court be removed to this Court forthwith and that this Court assume jurisdiction over this action, and for all other just and proper relief.

Respectfully submitted,


s/Shane C. Mulholland
Shane C. Mulholland, #20637-57
BURT, BLEE, DIXON, SUTTON & BLOOM, LLP
200 East Main Street, Suite 1000
Fort Wayne, IN  46802
Telephone:   (260) 426-1300
Facsimile:    (260) 422-2722
Attorney for Defendant


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded via ECF electronic mail ("e-mail"), United States First Class Mail (postage prepaid), or hand delivery, this 12th day of November, 2021, to:

Christopher C. Myers
CHRISTOPHER C. MYERS & ASSOCIATES
809 South Calhoun Street, Suite 400
Fort Wayne, IN  46802
cmyers@myers-law.com


s/Shane C. Mulholland
Shane C. Mulholland