# EXHIBIT A

USDC IN/ND case 1:21-cv-00417-HAB-SLC document 1-2 filed 11/12/21 page 2 of 8

02D03-2110-CT-000546
Allen Superior Court 3

Filed: 10/14/2021 3:13 PM
Clerk
Allen County, Indiana
BB

| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| --- | --- | --- |
| | ) SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO._____ |

ASHLEY TUCKER, )
)
    Plaintiff, )
)
v. )
)
FAMILIA DENTAL )
FORT WAYNE, PLLC, )
)
    Defendant. )

## **COMPLAINT**

Plaintiff, by counsel, alleges against the Defendant as follows:

1. The Plaintiff is Ashley Tucker, a former employee of the Defendant's, and a pregnant female, at all material times to this Complaint.

2. The Defendant is Familia Dental Fort Wayne, PLLC ("Familia Dental"), a company doing business at 5328 Coldwater Road, Fort Wayne, IN 46748. At all material times to this Complaint, the Defendant was an "employer" for the purposes of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* ("Title VII"), as amended by the Pregnancy Discrimination Act of 1978 ("PDA").

3. Plaintiff filed a Charge of Discrimination with the EEOC on or about February 18, 2021, EEOC # 470-2021-01431, a copy of which is attached hereto, made a part hereof and incorporated herein as Ex. A. The EEOC issued a Dismissal and Notice of Rights/ Notice of Suit Rights on July 20, 2021, a copy of which is attached hereto and made a part hereof as Ex. B. All administrative remedies have been exhausted and all jurisdictional prerequisites have been met for the filing of this lawsuit.

4. The Plaintiff was a hard long term, loyal and hardworking employee, who worked for the Defendant from on about August 10, 2015 until her wrongful termination on about February 4, 2021. She performed within the reasonable expectations of the Defendant at all material times to this Complaint. She held the position of Office Manager at the time of the wrongful termination, and was 8 ½ months pregnant at the time.

5. At all material times, the Defendant had a progressive discipline procedure.

6. On around January 25, 2021, the Plaintiff was the senior of two managers at the location from where she worked. An occasion arose where the Plaintiff needed to verbally reprimanded a subordinate employee. At the time, by information and belief, the Defendant lacked a policy requiring the Plaintiff to have a second manager present (in person or by phone) when she performed a verbal reprimand or verbal disciplinary counseling with an employee. Consequently, the Plaintiff met with the employee and gave the reprimand/ disciplinary counseling without a second manager present.

7. Within a day or so, the Plaintiff held a second counseling session with the same subordinate employee, with a second manager appearing at the session, by phone.

8. The Plaintiff was terminated on February 4, 2021. The reason she was given for the termination was that she had failed to have a second manager present during the first disciplinary counseling session with the subordinate employee.

9. The Defendant knew of the Plaintiff's pregnancy prior to the termination. The termination furthermore occurred only a week and a half before the Plaintiff was scheduled to go on pregnancy leave.

10. The Defendant failed to follow any disciplinary steps prior to firing the Plaintiff. She was given no verbal counseling /verbal reprimand, and also was not given a written disciplinary write up prior to the termination.

11. By information and belief, the Defendant treated similarly situated male managers and non-pregnant females more favorably on disciplinary matters, by retaining them when they committed the same or substantially same rule violations of which the Plaintiff had been accused. In addition, similarly situated male and non-pregnant female employees and managers were, unlike the Plaintiff, given the benefit of progressive discipline when accused of policy violations or alleged misconduct, instead of terminated.

12. Plaintiff contends that the proffered reason for termination was false and pretextual and that in reality she was discriminated against and/or retaliated against on the basis of her sex (Female) and pregnancy, in violation of her federally protected rights under Title VII and the PDA.

13. The Defendant's unlawful discriminatory and/or retaliatory conduct was the direct and proximate cause of the Plaintiff suffering the loss of her job and job-related benefits including income, and also subjected the Plaintiff to inconvenience, mental anguish, emotional distress and other damages and injuries.

14. The Defendant's unlawful discriminatory and/or retaliatory conduct was intentional, knowing, willful, wanton and in reckless disregard of the Plaintiff's federally protected rights under Title VII and the PDA. Imposition of punitive damages is appropriate.

WHEREFORE, the Plaintiff by counsel respectfully requests judgment against the Defendant for compensatory damages, punitive damages, reasonable attorney fees and costs, and all other just and proper relief in the premises.

## VERIFICATION

I affirm under penalties for perjury that the above and foregoing representations are true.

Dated: 10/14/2021

_____
Ashley Tucker

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

_____
Christopher C. Myers, #10043-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Telephone: (260) 424-0600
Facsimile: (260) 424-0712
E-mail: cmyers@myers-law.com
Counsel for Plaintiff

```
08:57:32 a.m. 02-19-2021    4
FEB/19/2021/FRI 10:40 AM                    FAX No.
```

EEOC
Indianapolis District Office
RECEIVED 02/19/21
470-2021-01431

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA [ ] EEOC | |

**Equal Employment Opportunity Commission** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ashley Tucker | 260-446-6088 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 2692 Trillium Cove, Huntertown, IN 46748 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Familia Dental Fort Wayne, PLLC | 25+ | 260-471-5016 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5328 Coldwater Road, Fort Wayne, IN 46748 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE   [ ] COLOR   [X] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[ ] RETALIATION   [ ] AGE   [ ] DISABILITY   [ ] GENETIC INFORMATION
[X] Pregnancy

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 2/4/21   Latest: 2/4/21

[X] CONTINUING ACTION

I. Complainant Ashley Tucker was employed at Familia Dental Fort Wayne, PLLC as a manager when she was terminated on February 4, 2021. Complainant was hired by Respondent in August of 2015. Complainant was pregnant when she was terminated, and her termination was 1.5 weeks before the beginning of her maternity leave. Complainant contends that she was discriminated against and discharge for pretextual reasons in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, as amended by the Pregnancy Discrimination Act of 1978 ("Title VII/PDA").

II. The pretextual reason Respondent used to fire Complainant was that she had reprimanded an employee without having another salaried manager present in the office or by phone, but this policy was not in place and was never utilized by Respondent, and Complainant never heard of this policy, prior to this occasion. Nonetheless, Complainant engaged in another counseling of this same employee within a day or so after the initial counseling and she did have another manager present by phone. Accordingly, Complainant alleges that she was fired because of her pregnancy in violation of Title VII/PDA.

Continued on Page 2

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

2/18/2021   *[signature]*
Date   Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

*[signature]*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

*[signature]*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DAY   KAY KOLB
(month, day, year)
2-18-2021

Seal
Notary Public - State of Indiana
Allen County
My Commission Expires Dec 20, 2024

Ex. A

USDC IN/ND case 1:21-cv-00417-HAB-SLC   document 1-2   filed 11/12/21   page 7 of 8

08:57:32 a.m. 02-19-2021  5

FEB/19/2021/FRI 10:40 AM                     FAX No.

EEOC
Indianapolis District Office
RECEIVED 02/19/21
470-2021-01431

THIS PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

III. Complainant contends that other employees who engaged in the exact same conduct as her were not terminated as was Complainant. Complainant had been employed by Respondent for six years and was an exemplary employee – no write-ups, no attendance issues, and disciplinary actions.

IV. Respondent's progressive disciplinary policy was not followed, such that Complainant's minor infraction of not having another salaried manager present during an employee counseling (which she cured) did not merit summary discharge.

V. As a direct and proximate result of Respondent's discharge of Complainant because of her pregnancy, Complainant lost her job and job-related benefits including income. Complainant also suffered mental anguish, emotional distress, financial distress, humiliation, embarrassment, and other damages and injuries for which she seeks compensatory damages.

VI. Respondent acted intentionally and in reckless disregard of Complainant's rights under Title VII/PDA, warranting an imposition of punitive damages.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY *When necessary for State and Local Agency Requirements*<br>*Lori K. Kolb* |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 2/18/2021       *[signature]*<br>Date           Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*<br>2-18-2021      LORI KAY KOLB<br>Seal<br>Notary Public - State of Indiana<br>Allen County<br>My Comm... 20 2024 |

EEOC Form 161 (11/2020)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Ashley Tucker<br>2692 Trillium Cove<br>Huntertown, IN 46748 | From: | Indianapolis District Office<br>101 West Ohio Street<br>Suite 1900<br>Indianapolis, IN 46204 |
|---|---|---|---|

☐    *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 470-2021-01431 | Marc A. Fishback,<br>Enforcement Supervisor | (463) 999-1179 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐    The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐    Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐    The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐    Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒    The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐    The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐    Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**Marc Fishback**    Digitally signed by Marc Fishback<br>
Date: 2021.07.20 14:20:39 -04'00'

| Enclosures(s) | For Michelle Eisele,<br>District Director | *(Date Issued)* |
|---|---|---|

cc:
| Burke, Warren, MacKay & Serritella, P.C.<br>Attn: Brian Weinthal<br>330 North Wabash Avenue, Suite 2100<br>Chicago, IL 60611 | Christopher C. Myers<br>CHRISTOPHER C. MYERS & ASSOCIATES<br>809 S. Calhoun Street, Suite 400<br>Fort Wayne, IN 46802 |
|---|---|



Ex. B