AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ASHLEY TUCKER
    Plaintiff

v.   **Civil Action No.**   1:21cv417

FAMILIA DENTAL FORT WAYNE, PLLC
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

☒ Other: Judgment is ENTERED in favor of Defendant Famila Dental Fort Wayne PLLC and against Plaintiff Ashley Tucker.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.:

☒ decided by Chief Judge Holly A. Brady on defendant's motion for summary judgment.

DATE:   11/8/2023       CHANDA J. BERTA, CLERK OF COURT
    by   s/R. Figueroa
    *Signature of Clerk or Deputy Clerk*